

JAKUB P. MEDRALA, ESQ.
Nevada Bar No. 12822
**THE MEDRALA LAW FIRM PROF. LLC**
615 S. 6th Street
Las Vegas, Nevada 89101
(702) 475-8884
(702) 938-8625 Facsimile
Jmedrala@medralaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAN BRANDON BILZERIAN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>IGNITE INTERNATIONAL BRANDS, LTD., a Foreign Corporation; IGNITE INTERNATIONAL, LTD., a Foreign Corporation; PAUL BILZERIAN, an Individual; SCOTT ROHLEDER, an Individual; RUPY DHADWAR, an Individual,<br><br>Defendants. | CASE NO.: 2:24-cv-2101-RFB-NJK<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel of record for the Plaintiff Dan Brandon Bilzerian, hereby certifies pursuant to L-R 7.1-1(a) that other than those currently participating in this case, the following have an interest in its outcome:

**None.**

DATED this 13th day of November 2024.

                                                  **THE MEDRALA LAW FIRM PROF. LLC**

                                                  /s/ Jakub P. Medrala
                                                  _____
                                                  **JAKUB P. MEDRALA, ESQ.**
                                                  Nevada Bar No. 12822
                                                  615 S. 6th Street
                                                  Las Vegas, Nevada 89101
                                                  *Attorney for Plaintiff*