**GARMAN TURNER GORDON LLP**
ERIC R. OLSEN
Nevada Bar No. 3127
ERIKA PIKE TURNER
Nevada Bar No. 6454
STEVEN E. KISH III
Nevada Bar No. 15257
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
Email: eolsen@gtg.legal
       eturner@gtg.legal
       skish@gtg.legal
*Attorneys for Defendant*
*Ignite International, Ltd.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAN BRANDON BILZERIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IGNITE INTERNATIONAL BRANDS, LTD., a foreign corporation; IGNITE INTERNATIONAL, LTD., a foreign corporation; PAUL BILZERIAN, an individual; SCOTT ROHLEDER, an individual; RUPY DHADWAR, an individual,<br><br>Defendants. | Case No. 2:24-cv-2101-RFB-NJK<br><br>**DECLARATION OF SCOTT ROHLEDER IN SUPPORT OF IGNITE INTERNATIONAL LTD.'S MOTION TO DISMISS** |

I, Scott Rohleder, hereby declare the following is true and correct to the best of my knowledge:

1. At the time relevant to the complaint and until October 4, 2024, I was the President of Ignite International, Ltd. ("Ignite US"). In that capacity, I have personal knowledge of the facts and matters stated herein.

2. I am submitting this Declaration in Support of *Ignite US' Motion to Dismiss*, which seeks to dismiss the complaint against Ignite US for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2), for improper venue pursuant to Fed. R. Civ. P. 12(b)(3), under the doctrine of *forum non conveniens*, and for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1 of 4

3. As alleged in the Complaint, Ignite US is a Wyoming corporation with its principal office located at 3308 Towerwood Drive, Farmers Branch, TX, 75234, USA. I am informed and believe that Ignite US was served with the Complaint and Summons in the above-captioned case at its Texas office, as well as at the office of its registered agent located in Wyoming.

4. Ignite US is a wholly owned subsidiary of Ignite International Brands, Ltd, a Canadian corporation ("Ignite International"). Rupy Dhadwar is the current CEO and President of Ignite International. While Ignite International markets the "Ignite" brand across the globe, Ignite US does not.

5. Ignite International is also a named defendant in the above-captioned action. Ignite International has offices located at 675 Cochrane Drive, East Tower, Suite 639, Markham, Ontario L3R 0B9, Canada. I am informed and believe that Ignite International has not been served with any Complaint or Summons in this action and has not waived service.

6. Upon information and belief, Ignite US does not have affiliations contacts with Nevada that are so continuous and systematic as to render it essentially at home in Nevada.

   a. Ignite US does not manufacture its products in Nevada.
   b. Ignite US does not have any officers or employees working on its behalf from Nevada.
   c. Ignite US does not continuously or systematically direct its business activities specifically to Nevada. I am informed and believe that other than one business transaction with a Nevada casino several years ago that was not fruitful. The claims in the Complaint do not relate to that transaction. Ignite has not directed any business specifically to Nevada.
   d. Ignite US does not maintain any business records in Nevada.
   e. Ignite US does not have a bank account in Nevada.
   f. Ignite US does not hold annual or special meetings of its stockholders or directors in Nevada.
   g. Ignite US does not own any real property or have any leasehold interest in real property located in Nevada.

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2 of 4

h. While Ignite does have on-line marketing and sales of goods, the marketing and sales are not specifically directed to Nevada. The marketing and sales are globally directed.

i. Ignite is not a party to any other litigation in the courts located in the State of Nevada.[1]

7. While Plaintiff suggests in his Complaint that Defendants are using Canadian courts against him, he fails to mention that he is the one who first sought relief there. In July 2024, Plaintiff Dan Bilzerian ("Plaintiff"), purporting to act on behalf of Ignite International, filed a petition against International Investments, Ltd. and the board of Ignite International in the Supreme Court of British Columbia, Canada. Later, in August 2024, Plaintiff, individually, filed another petition in the Supreme Court of British Columbia, Canada, this time he brought a petition on his own behalf against Ignite International, and other defendants, including its board (together, the "Canadian Proceedings").

8. True and correct copies of Plaintiff's filings and submissions in the Canadian Proceedings are attached hereto as follows:

a. **Exhibit 1**: Petition to the Supreme Court of British Columbia, Vancouver Registry Case No. S-244508.

b. **Exhibit 2**: Amended Petition to the Supreme Court of British Columbia, Vancouver Registry Case No. S-244508.

c. **Exhibit 3**: Petition to the Supreme Court of British Columbia, Vancouver Registry Case No. S-245663.

d. **Exhibit 4**: Amended Petition to the Supreme Court of British Columbia, Vancouver Registry Case No. S-245663.

e. **Exhibit 5**: Dan Brandon Bilzerian's Second Affidavit in Vancouver Registry No. S-245663, dated October 17, 2024.

---

[1] Ignite International Ltd. was named as a counter-defendant in one action in this district (Case No. 2:21-CV-1590 JCM (EJY)), but the court granted its motion to dismiss, on August 15, 2022. See, *Ignite Spirits Inc. v. Consulting by AR*, 2022 WL 3358459 (D. Nev. 2022).

7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

3 of 4

      f. **Exhibit 6**: Oral Reasons for Judgment in *Bilzerian v. Ignite International Brands, Ltd., et al.*, Vancouver Registry No. S-245663.

    9. Importantly, Plaintiff submitted a declaration in the Canadian Proceedings entirely contradictory to the allegations of the Complaint in this action. *See* Exhibit 5. Specifically, Plaintiff declared the following under oath, on October 17, 2024:

> Given that the social media accounts primarily use and portray my name, picture and likeness, to promote the Company's lifestyle products and brand, I have always solely operated and <u>currently operate and control the various social media accounts including creating and approving all content.</u> (Emphasis added.)

    10. It was only on the heels of Plaintiff suffering several adverse rulings in the Canadian action that Plaintiff filed his Complaint in the above-captioned case in the federal district court located in Nevada. *See, e.g.*, Exhibit 6, where the court states at page 3, "I say D.B.'s overall conduct has been an abuse of the court process."

    I declare, pursuant to 28 U.S.C. Section 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called upon as a witness I could and would competently testify thereto.

Executed this 17th day of December 2024.

                                                              /s/ Scott F. Rohleder
                                                              SCOTT ROHLEDER, Declarant

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000