# EXHIBIT 5

# EXHIBIT 5



This is the 2nd Affidavit of
DAN BRANDON BILZERIAN in this case
and was made on October 17, 2024

No. S-245663
Vancouver Registry

## IN THE SUPREME COURT OF BRITISH COLUMBIA

Petitioner:    DAN BRANDON BILZERIAN also known as DAN BILZERIAN

Respondents:   IGNITE INTERNATIONAL BRANDS, LTD., INTERNATIONAL
INVESTMENTS, LTD., GREGORY GILPIN-PAYNE, SCOTT ROHLEDER,
ROBIN RODRIGUEZ, THOMAS BUNKER and RALPH GILPIN-PAYNE

### AFFIDAVIT

I, Dan Brandon Bilzerian, of 5990 Patrick Lane, Las Vegas, Nevada 89118, United States,
businessman, SWEAR (OR AFFIRM) THAT:

1.    I am the Chairman and director of Ignite International Brands, Ltd. (the **Company**). I make
this affidavit in response to the application of the Company and some of its shareholders
to turn over control of the Company's social media accounts.

2.    First, the individuals who have brought this application in the name of the Company do not
have the authority to do so, as I am the sole Director.

3.    I created the brand "Ignite", and created social media accounts for the Company and brand,
including on X (formerly Twitter) and Instagram.

4.    The social media accounts use my name, picture, and likeness in nearly every post. See
attached as **Exhibit A**, various posts from the Company's Instagram account downloaded
on October 17, 2024. The photographs and videos depict me (the man with the beard) and
my lifestyle, which is (and has always been) the basis of the Company's business model
and marketing campaign.

5.    See attached as **Exhibit B**, various posts from the Company's X account, downloaded on
October 17, 2024.

6.    Given that the social media accounts primarily use and portray my name, picture and
likeness, to promote the Company's lifestyle products and brand, I have always solely
operated and currently operate and control the various social media accounts including
creating and approving all content.

7.    I do not consent to the Respondents, or other individuals within or outside the Company,
using my name, picture or likeness on social media.

14048300 1

8.  I am not promoting, marketing or developing any competing brands or products to Ignite's brand and products.

9.  I tried to attend the unlawfully-called AGM that was held on August 22, 2024, via Teams, but was not allowed to speak, participate or vote.

10. In paragraph 7 of Gregory Gilpen-Payne's Affidavit sworn October 9, 2024, states that I "posted about another vape product that was not ready for sale". This is not true—the Smoore device in question had been available for sale from the manufacturer for five months at the time that I posted about it, but Paul Bilzerian and Scott Rohleder decided to sell the distributors an alternate device from VapeEZ, which cost Ignite over fifty cents more per unit and was an inferior device. I believe that they did this in order to receive personal benefits or kickbacks from VapeEZ.

11. I note that both Gregory Gilpen-Payne and Scott Rohleder have now resigned as Directors of the Company, Scott having been indicted by a grand jury for securities fraud (Exhibit "A" to my Affidavit sworn October 3, 2024), and Gregory having been named in the indictment (via the initials G.G.P.) as a "straw owner" of International Investments Ltd., which the indictment alleges operated at the direction of and for the benefit of Paul Bilzerian, who has also been charged.

12. I was not physically present before the commissioner but he was in my electronic presence utilizing video technology pursuant to the process for remote commissioning of affidavits specified in Appendix A of *Code of Professional Conduct for British Columbia*; and

13. I understand the solemnity of making the affidavit and the consequences of making an untrue statement.


SWORN (OR AFFIRMED) BEFORE     )
ME at North Vancouver, in the Province  )
of British Columbia, this 17th day of   )
October, 2024                  )
                               )
                               )
                               )
_____ )
A Commissioner for Taking Affidavits in )
the Province of British Columbia

Ali Al-Samak

_____
Dan Brandon Bilzerian

14948300.1

This Exhibit **"A"** referred to in the
Affidavit # 2 of
**DAN BRANDON BILZERIAN**
SWORN/AFFIRMED before me by
video technology this 17th day of
October, 2024. The affiant was located in
Las Vegas, Nevada, while the
commissioner, Ali Al-Samak was located
in the City of North Vancouver, in the
Province of British Columbia.

_____

A Commissioner for taking Affidavits











This Exhibit **"B"** referred to in the
Affidavit # 1 of
**DAN BRANDON BILZERIAN**
SWORN/AFFIRMED before me by video
technology  this 17th day of October, 2024.
The affiant was located in Las Vegas,
Nevada, while the commissioner, Ali Al-
Samak was located in the City of North
Vancouver, in the Province of British
Columbia.

_____
A Commissioner for taking Affidavits in
British Columbia





















