GARMAN TURNER GORDON LLP
ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@gtg.legal
ERIKA PIKE TURNER
Nevada Bar No. 6454
Email: eturner@gtg.legal
STEVEN E. KISH III
Nevada Bar No. 15257
Email: skish@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for Defendants,*
*Ignite International, Ltd. and Scott Rohleder*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAN BRANDON BILZERIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IGNITE INTERNATIONAL BRANDS, LTD., a Foreign Corporation; IGNITE INTERNATIONAL, LTD., a Foreign Corporation; PAUL BILZERIAN, an individual; SCOTT ROHLEDER, an individual; RUPY DHADWAR, an individual,<br><br>Defendants. | CASE NO.: 2:24-cv-02101-RFB-NJK<br><br>**DEFENDANT SCOTT ROHLEDER'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, attorney of record for Defendant Scott Rohleder ("Rohleder"), who is a natural person hereby certifies that there are no known interested parties other than those name in the case that have a pecuniary interest in the outcome of this case or a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this case. As of the date of this filing, no publicly held corporation owns 10% or more of the stock of Defendant Ignite International, Ltd. It is owned by named Defendant Ignite International Brands, Ltd.

…

…

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1 of 3

1  These representations are made to enable the Court to evaluate possible disqualification or
2  recusal.
3  Dated this 30th day of December 2024.

                              GARMAN TURNER GORDON LLP

                              */s/ Erika Pike Turner*
                              ERIC R. OLSEN
                              Nevada Bar No. 3127
                              ERIKA PIKE TURNER
                              Nevada Bar No. 6454
                              STEVEN E. KISH III
                              Nevada Bar No. 15257
                              7251 Amigo Street, Suite 210
                              Las Vegas, Nevada 89119
                              *Attorneys for Defendants,*
                              *Ignite International, Ltd. and Scott Rohleder*

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

## CERTIFICATE OF SERVICE

The undersigned, an employee of Garman Turner Gordon LLP, hereby certifies that on the 30th day of December 2024, he caused a copy of the foregoing **DEFENDANT SCOTT ROHLEDER'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1** to be served electronically to all parties of interest through the Court's CM/ECF system as follows:

Jakub P. Medrala, Esq.
THE MEDRALA LAW FIRM, PROF. LLC
615 S. 6th Street
Las Vegas, Nevada 89101
Email: jmedrala@medralaw.com
*Attorneys for Plaintiff Dan B. Bilzerian*

              */s/ Max Erwin*
              An employee of
              GARMAN TURNER GORDON LLP

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

3 of 3