# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAN BRANDON BILZERIAN,<br><br>　　Plaintiff,<br><br>v.<br><br>IGNITE INTERNATIONAL BRANDS, LTD, *et al.*,<br><br>　　Defendants. | Case No. 2:24-cv-02101-RFB-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by February 7, 2025.

IT IS SO ORDERED.

Dated: February 3, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　United States Magistrate Judge