UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAN BRANDON BILZERIAN,<br><br>　　　Plaintiff,<br><br>v.<br><br>IGNITE INTERNATIONAL BRANDS, LTD., *et al.*,<br><br>　　　Defendants. | Case No. 2:24-cv-02101-RFB-NJK<br><br>**Order**<br><br>[Docket No. 20] |

Pending before the Court is the parties' proposed joint discovery plan. Docket No. 20.

The discovery plan seeks a longer discovery period because "this case involves multiple and complex claims against the defendants who either live or are domiciled out of state, three of whom are domiciled or live outside of the United States. None of the defendants have answered yet, and two filed motions to dismiss that are pending, and the Plaintiff is still in the process of serving two foreign citizens[.]" Docket No. 20 at 3.

It is unclear whether the parties intend to proceed with discovery or seek to stay discovery considering the circumstances. Accordingly, the pending discovery plan is **DENIED** without prejudice. Docket No. 20. If the parties seek a stay of discovery, they must file, by February 28, 2025, a request addressing the pertinent standards. *See Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013); *see also Kabo Tool Co. v. Porauto Indus. Co.*, 2013 U.S. Dist. LEXIS 53570, *3 (D. Nev. Apr. 15, 2013). If the parties intend to proceed with discovery, they must file, by February 17, 2025, a proposed discovery plan.

IT IS SO ORDERED.

Dated: February 10, 2025

　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge