UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAN BRANDON BILZERIAN,<br><br>    Plaintiff,<br><br>v.<br><br>IGNITE INTERNATIONAL BRANDS, LTD., *et al.,*<br><br>    Defendants. | Case No.: 2:24-cv-02101-RFB-NJK<br><br>**Order**<br><br>[Docket No. 44] |

Pending before the Court is Plaintiff and Defendant Ignite Internal Brands, LTD.'s stipulation to extend the deadline for Defendant's responsive pleading. Docket No. 44. The parties, however, fail to state the reasons for the requested extension. *See* LR IA 6-1(a).

Accordingly, the stipulation is **DENIED** without prejudice. Docket No. 44.

IT IS SO ORDERED.

Dated: April 16, 2025

                                                       Nancy J. Koppe
                                                       United States Magistrate Judge