**GARMAN TURNER GORDON LLP**
ERIC R. OLSEN
Nevada Bar No. 3127
ERIKA PIKE TURNER
Nevada Bar No. 6454
STEVEN E. KISH III
Nevada Bar No. 15257
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
Email: eolsen@gtg.legal
        eturner@gtg.legal
        skish@gtg.legal
*Attorneys for Defendants*
*Ignite International, Ltd., Scott Rohleder,*
*and Ignite International Brands, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAN BRANDON BILZERIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IGNITE INTERNATIONAL BRANDS, LTD., a Foreign Corporation; IGNITE INTERNATIONAL, LTD., a Foreign Corporation; PAUL BILZERIAN, an individual; SCOTT ROHLEDER, an individual; RUPY DHADWAR, an individual,<br><br>Defendants. | CASE NO.: 2:24-cv-02101-RFB-NJK<br><br>**ORDER TO EXTEND IGNITE INTERNATIONAL BRANDS. LTD.'S DEADLINE TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules, Plaintiff, DAN BRANDON BILZERIAN ("Plaintiff"), and Defendant, IGNITE INTERNATIONAL BRANDS, LTD. ("Ignite Brands" or "Defendant", together with Plaintiff the "Parties"), through their respective counsel, hereby stipulate and agree as follows:

Ignite shall have until April 24, 2025 to file their responsive pleadings to Plaintiff's Complaint.[1]

---

[1] Based on the initial Stipulation [ECF 44] lodged on April 15, 2025, Ignite Brands filed a Motion to Dismiss [ECF 47], on April 16, 2025.

1    As required by LR IA 6-1, Defendant's counsel states that the failure to file the stipulation
2    to extend before the deadline was the result the attorney's excusable neglect, and says: 1) there is
3    no danger of prejudice to the Plaintiff, especially in light of pending motions to dismiss by all other
4    Defendants; 2) there is no impact due to a seven day delay between the deadline and the filing; 3)
5    the reason for the delay was counsel's misapprehension that the only attempted service on the
6    Canadian company had been disputed the service in Texas until Plaintiff's counsel confirmed on
7    April 10, 2025, re-service occurred in Canada on March 18, 2025 (making the responsive pleading
8    due April 8th) and agreed to an extension  until April 24, 2025  (although Plaintiff's counsel would
9    not return to his office on April 14, 2025), and both counsel agreed to the stipulation to extend on
10   April 14th, which Defendant's counsel lodged with the Court on April 15, 2025; 4) Defendant acted
11   in good faith and without any intent to delay.[2]

12   Plaintiff  takes no position on excusable neglect and expressly reserves all rights, remedies,
13   defenses, objections, and legal arguments. Plaintiff also contends that service in Texas was valid;
14   however, out of abundance of caution, he decided to re-serve the Defendant in Canada.

15   …
16   …
17   …
18   …
19   …
20   …
21   …
22   …
23   …
24   …
25   …
26   …
27
28   [2] See, *Briones v. Riviera Hotel & Casino*, 116 F.3d 379, 381 (9th Cir. 1997).

This is the Parties' first request for extension of time this deadline, and it is not intended to

2   cause any delay or prejudice to any party.

3        IT IS SO STIPULATED.

4   Dated this 18th day of April 2025.                    Dated this 18th day of April 2025.

5   GARMAN TURNER GORDON LLP                              THE MEDRALA LAW FIRM, PROF. LLC

6
    _/s/ Eric R. Olsen_____                     _/s/ Jakub P. Medrala_____
7   ERIC R. OLSEN                                         JAKUB P. MEDRALA
    Nevada Bar No. 3127                                   Nevada Bar No. 12822
8   ERIKA PIKE TURNER                                     615 S. 6th Street
    Nevada Bar No. 6454                                   Las Vegas, Nevada 89101
9   STEVEN E. KISH III                                    *Attorneys for Plaintiff*
    Nevada Bar No. 15257
10  7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
11  *Attorneys for Defendants*
    *Ignite International, Ltd., Scott Rohleder,*
12  *and Ignite International Brands, Ltd.*

13

14

15

16

17                           **ORDER**

1        IT IS SO ORDERED:

1

2

2                           _____
                            Nancy J. Koppe
                            United States Magistrate Judge

                            DATED: April 21, 2025      _____

22

23

24

25

26

27

28