## DECLARATION OF DAN BILZERIAN

I, DAN BILZERIAN, declare under the penalty of perjury:

1.    I am over 18 years of age, and I have personal knowledge of the facts and circumstances stated in this declaration.

2.    I am the Plaintiff in the above-captioned action.

3.    I am a resident of Nevada. I am the largest shareholder of Ignite International Brands, Ltd. ("Ignite Brands"), a lifestyle company selling disposable vapes, spirits, and apparel under the lifestyle brand "Ignite" that I founded in around 2017.

4.    I am a former director and CEO of Ignite Brands. Ignite Brands is incorporated in British Columbia, with a principal place of business in Texas, the United States. To the best of my knowledge, Ignite Brands does not sell any products in British Columbia, or Canada. Ignite Brands' main connection to Canada is the fact that the company is incorporated there.

5.    I have been involved with Ignite Brands since around 2017.

6.    Until December 2023, I served as the nominal CEO of Ignite Brands. Until June 2024, I served as a Chairman of the Board of Ignite Brands.  I was not directly involved in the company's operations except for product development and marketing.

7.    Ignite International, LTD ("Ignite US") is a wholly owned subsidiary of Ignite Brands.

8.    Within the corporate structure of Ignite Brands' business, Ignite US owns multiple intellectual property rights (trademarks, copyrights, etc.) that are then licensed to Ignite Brands.

9.    Ignite Brands – depending on the line of products and immediate business needs – conducts its business either directly, or through its fully-owned subsidiaries such as Ignite US.

10.     In the American market, Ignite US is responsible for sales of nicotine products such as electronic cigarettes and vapes.

11.     Since 2018, my brand "Ignite," as well as my name, likeness, personality, and life story, have been the essence of Ignite Brands' business, and I have been the "public face" of Ignite Brands. During my tenure as Ignite Brands' CEO, I allowed Ignite Brands to use my name, likeness, image, signature, and distinctive marks on a goodwill basis – at no cost to the company – for the purpose of marketing Ignite Brands' products and driving its sales and growth. I have never transferred or assigned my rights to my own name, likeness, image, signature, and distinctive marks, in whole or in part, to Ignite Brands or Ignite US for any purposes.

12.     I revoked Ignite Brands' and Ignite US's right to use my name and likeness in December 2023 when I was removed from the position of Ignite Brands' CEO.

13.     In the State of Nevada, Ignite US sells its nicotine products through an extensive network of Terrible Herbst convenient stores.

14.     Attached as Exhibit A to this declaration is a true and correct copy of the May 12, 2025 printout from Ignite Brand's own website located at < https://puffignite.co/pages/store-locator-1>  currently showing more than seventy stores selling Ignite US's nicotine products in Nevada.

15.     In the American market, Ignite Brands is responsible for sales of alcohol products such as vodka and tequila.

16.     Attached as Exhibit B to this declaration is a true and correct copy of the May 12, 2025 printout from Ignite Brands' own website located at < https://ignitespirits.co/pages/store-locator> showing more than eighty stores selling Ignite Canada's alcohol products in Nevada.

DECLARATION OF DAN BILZERIAN

17.     As a matter of fact, it appears that Nevada is one of the main Ignite Brands' markets in the U.S.

18.     To sell its products in Nevada, both Ignite US and Ignite Canada utilize its distributor Summit Spirits and Wine, Inc. ("Summit Spirits") – a Nevada Corporation located in Las Vegas, Nevada.

19.     That both Ignite Brands and Ignite US extensively market their products in the United States in general and Nevada specifically, through use of my likeness, such as my pictures, videos, signatures, voice, and overall brand of mine.

20.     Ignite's distributor Summit Spirits also utilized, until very recently, my name and likeness to sell Ignite's products in Nevada. Attached as Exhibit C to this declaration is a true and correct copy of December 20, 2024 printout from Summit Spirit's website located at < https://sswbeverage.com/ingite-spirits/> , marketing Ignite's vodka with my name.

21.     The Company still uses photographs of me to promote its brand on its website. Attached as Exhibit D to this declaration is a true and correct copy of May 12, 2025 printout from Ignite Brands's website located at < https://ignitespirits.co/pages/about-ignite-spirits>.

22.     After this lawsuit was filed, Ignite Brands attempted to replace some of my pictures with pictures of actors who are intended to resemble me. Attached as Exhibit E to this declaration is a May 12, 2025 printout from Ignite Brands' website located at < https://wearignite.co/collections/mens-1>, showing a muscular, bearded brunet man marketing Ignite Brand products. This man is undoubtedly intended by Ignite to resemble my previous pictures on this website.

23.     Ignite Brands has used my pictures and videos at tradeshows and have lied to distributors saying that we are still working together.

3

DECLARATION OF DAN BILZERIAN

24.     Many of the pictures and videos that Ignite uses in advertising where taken in Las Vegas where I live.

25.     Despite unlawfully removing me from Ignite Brands, the company, without my consent, continues to use my name, likeness, image in the form of pictures and videos on their social media accounts to promote sales of the company's products, including vapes, alcohol, clothing, and other products. For example, the company continues to use my name, likeness, and image on numerous websites and social media accounts that the Company controls (such as the Ignite International account on X, formerly Twitter). Examples of such use that were still present on Ignite's social media during the pendency of this lawsuit are attached as Exhibit F.

26.     Ignite Brands and its agents have lied to distributors and suppliers that I am bound by non-compete agreements preventing me from competing with Ignite.

27.     That at least since 2023, all significant business decisions at Ignite were made by Paul Bilzerian, Scott Rohleder, and later, since June of 2024 Rupy Dhadwar.

28.     That Paul Bilzerian, despite not having any formal position with Ignite Brands, is the decision maker at Ignite Brands, and controls all aspects of its business, such as marketing, sales, distribution, finance and human resources.

29.     I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2025, in Las Vegas, Nevada.

/s/ Dan Bilzerian

_____
Dan Bilzerian

DECLARATION OF DAN BILZERIAN

# Exhibit A



**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

| TE | Shop | Where to Buy | Wholesale | About | #No2Minors | Anti Counterfeit | Search 🔍 | 🛍 0  Login |

# STORE LOCATOR

Type a postcode or address... 🔍

📍 **Travel Centers of America 0108**

8050 Dean Martin Drive

I-15, Exit 33 (Blue Diamond Road)

Las Vegas, NV 89139

United States

702-361-1176

📍 **Travel Centers of America 0331**

6595 North Hollywood Blvd

I-15, Exit 54 (Speedway Blvd.)





Las Vegas, NV 89115

United States

702-632-2640

Powered by Stockist.

When you need that unmistakable experience that only comes from IGNITE vapes, you need it **now**. But no worries if you've run out and live near one of the hundreds of stores across the country that carries this premium product.

# VAPE SHOP NEAR ME

When looking for a vape shop near you that can provide you with the must-have IGNITE vape, use our online store locator. Find the quality, premium vape experience without the wait of delivery.

# ORDER ONLINE FOR SELECTION AND CONVENIENCE

It's awesome to have a vape shop right down the street. But what if you don't have one conveniently located? Or what if they don't have your favorite flavor? Order online.

What if life is so f*cking busy that even a quick run to the store is out of the question? Have it shipped straight to you.

Favorites are great, whether it's a flavor or your perfect puff count. But what about new arrivals? Your **new** favorite may be online only. Order and have it conveniently delivered to your door.

# THINGS TO KNOW WHEN BUYING VAPES FROM GAS STATIONS

If you run out of your favorite IGNITE vape, vape shops and gas stations can be great for easy, fast access. But they're sharing

shelf space with (ahem) other vape brands. So you may face limited IGNITE flavor and puff count selections. And as nice as they may be, the workers at a gas station are probably not exactly knowledgeable sources for vaping devices.

Find a vape shop near you featuring IGNITE vapes or order online. But no matter where you buy your IGNITE products, don't compromise. Never settle. IGNITE your life.



# IGNITE INTERNATIONAL BRANDS LTD.

## VAPE

## CUSTOMER SERVICE

   

3308 Towerwood Drive
Farmers' Branch, TX 75234-2317
United States

675 Cochrane Drive, East Tower, Suite 639
Markham, Ontario L3R 0B8
Canada

VAPE PENS

VAPE PACKS

SHIPPING & RETURNS

PRIVACY POLICY

TERMS OF SERVICE

CONTACT US

RETURNS OR EXCHANGES



WARNING: Electronic Cigarettes and E-liquid products may contain nicotine, a chemical known to the State of California to cause birth defects or other reproductive harm. These products are not smoking cessation products and have not been tested as such. E-liquid products, electronic delivery devices, and accessories are intended for use by adults of legal smoking age (e.g., 21 years or older), and not by children, women who are pregnant or breastfeeding, or persons with or at risk of heart disease, high blood pressure, diabetes or taking medicine for depression or asthma, or who otherwise may be sensitive to nicotine. Nicotine is addictive and habit forming, and it is very toxic by inhalation, in contact with the skin, or if swallowed. Ingestion of the non-vaporized concentrated e-liquid ingredients can be poisonous. Keep away from children and pets. If ingested, immediately consult your doctor or vet. Nicotine can increase your heart rate and blood pressure and cause dizziness, nausea, and stomach pain. Inhalation of this product may aggravate existing respiratory conditions. These e-liquid products have not been evaluated by the Food and Drug Administration nor are they intended to treat, mitigate, prevent or cure any disease or condition.



# Exhibit B



ABOUT IGNITE     OUR VODKA     OUR TEQUILA     RECIPES     RETAILERS     STORE LOCATOR

SHOP TEQUILA

SHOP VODKA

🛍 0

# STORE LOCATOR

## FIND IGNITE SPIRITS AT YOUR LOCAL RETAILER.

Type a postcode or address...    🔍

📍 **Moapa Travel Plaza**
VOF Hwy and Int 15
Moapa

📍 **Moapa Travel Plaza**
VOF Hwy and Int 15
Moapa

📍 **Lee's-Aliante**
2830 W Deer Springs Rd.
Las Vegas



**Lee's-Aliante**

2830 W Deer Springs
Rd.
Las Vegas

Powered by Stockist.

**+ Do you ship to every state?**

**+ How quickly will I get my order?**

**+ Is a signature required?**



**+ Do I need to be home to receive my order?**



**+ Can I ship to a P.O. Box?**

**+ Can I get a Refund on my order?**

**+ Can I change my delivery address?**

**+ My product arrived damaged, can I return it?**

**+** **I ordered multiple products but I only received some of them. What happens next?**

---

**+** **Do you ship internationally?**

---

**+** **How is this charge going to show in my bank statement?**

---

## IGNITE INTERNATIONAL BRANDS LTD.

3308 Towerwood Drive
Farmers' Branch, TX
75234-2317
United States

675 Cochrane Drive, East
Tower, Suite 639
Markham, Ontario L3R
0B8
Canada

support@ignite.co

## MAIN MENU

ABOUT IGNITE

RECIPES

FOR RETAILERS

STORE LOCATOR

## LEGAL

Privacy Policy

Terms of Service

Must be 21 to enjoy. Please drink responsibly.

© 2025 Ignite International, Ltd.



# Exhibit C



# Exhibit D



ABOUT IGNITE     OUR VODKA     OUR TEQUILA     RECIPES     RETAILERS     STORE LOCATOR

SHOP TEQUILA

SHOP VODKA

# ABOUT IGNITE

A global lifestyle brand unlike any other, IGNITE combines premium quality ingredients with an unprecedented level of ambition, innovation and an uncompromised standard of excellence. Inspired by its Founder, Dan Bilzerian, IGNITE has positioned itself as the gold standard and industry expert in Nicotine, Spirits, and supported with a premium apparel line for an active lifestyle.

IGNITE disrupts marketing norms with an authentic, quality-first mission, taking its expansion world-wide. Following its September 2018 US launch, 2019 saw expansion into Europe and Mexico, with continued expansion into the Caribbean, Middle East, Canada, Africa, and South America with many more to come in 2023

IGNITE is unapologetic in our attitude and in our promise to provide premium products and a high-quality experience to our customers.

It will always be the best or nothing for IGNITE.

SHOP SPIRITS



**IGNITE INTERNATIONAL BRANDS LTD.**

3308 Towerwood Drive
Farmers' Branch, TX 75234-2317
United States

675 Cochrane Drive, East Tower, Suite 639
Markham, Ontario L3R 0B8
Canada

support@ignite.co

**MAIN MENU**

ABOUT IGNITE

RECIPES

FOR RETAILERS

STORE LOCATOR

**LEGAL**

Privacy Policy

Terms of Service

Must be 21 to enjoy. Please drink responsibly.

© 2025 Ignite International, Ltd.



# Exhibit E



**Workout Shorts- Red**
$60.00



**Workout Shorts- White**
$60.00



**Ignite Shorts - Orange**
$70.00



**Workout Shorts- Alligator**
$60.00



**Workout Shorts- Midnight**
$60.00



**Ignite Shorts - Blue**
$70.00

Sold Out



**Essential Tee- Black**
$35.00
Sold Out



**Workout Shorts- Blue**
$60.00



**Ignite Shorts - Red**
$70.00



# Exhibit F



NÃO COMPARTILHE BEBIDAS ALCOÓLICAS COM MENORES DE 18 ANOS

IS HERE

NOSSO DRINK

Add to your story >

# Ignite International
1.1K posts

← 🔍

**Posts**  Replies  Highlights  Articles  Media  Likes



🔁 You reposted

**Ignite International** @Ignite_Intl · 11/9/23  •••
Dubai

Your Life, Your Way | #TBT



💬 1   🔁 19   ♡ 269   📊 24K   🔖   ⬆️



**Ignite International** @Ignite_Intl · 11/11/23  •••
Thank you for your service



← **Ignite International**
1.1K posts　　　　　　🔍

**Posts**　Replies　Highlights　Articles　Media　Likes

 **Ignite International** @Ignite_Intl · 11/9/23
Dubai

Your Life, Your Way | #TBT



0:28

💬 1　　🔁 19　　♡ 269　　📊 24K　　🔖　⬆️

🔁 You reposted

 **Matias Ortiz** @MatiasOrtiz1912 · 10/31/23
Taking advantage of the large number of people who attended the event, we carried out tastings of the Ignite products, the already well-known nicotine vapes, launching the vodka and tequila on the market, having a more than positive acceptance 💯 🐐
@Ignite_Intl x Boss Company PY

# Ignite International
1.1K posts

**Posts**  Replies  Highlights  Articles  Media  Likes

 **Ignite International** @Ignite_Intl · 11/9/23 ···
Dubai

Your Life, Your Way | #TBT



I think it's special out of bed, so turn around.

💬 1      🔁 19      ♡ 269      ili 24K

🔁 You reposted

 **Matias Ortiz** @MatiasOrtiz1912 · 10/31/23 ···
Taking advantage of the large number of people who attended the event, we carried out tastings of the Ignite products, the already well-known nicotine vapes, launching the vodka and tequila on the market, having a more than positive acceptance 💯 🐐
@Ignite_Intl x Boss Company PY

**Posts**   Replies   Highlights   Articles   Media   Likes

0:04

💬 3          ↻ 4          ♥ 53          �_ᴗ 9.5K          🔖          ⬆️

**Ignite International** @Ignite_Intl · 10/12/23          ⋯
Your Life, Your Way

ignite.co



0:33          🔇

From Dan Bilzerian

💬          ↻ 6          ♥ 69          ᴗ_ᴗ 6.3K          🔖          ⬆️

**Ignite International** @Ignite_Intl · 10/3/23          ⋯
Three amigos

Your Life, Your Way | ignite.co

🏠          🔍          ▱          👥          🔔 18          ✉️

From Dan Bilzerian

💬        🔁 6        ♡ 69        📊 6.3K        🔖        ⬆️



**Ignite International** @Ignite_Intl · 10/3/23        •••
Three amigos

Your Life, Your Way | ignite.co

No soy fotógrafo pero en mi cámara

TikTok
👤 @ignite.intl

0:08

💬 1        🔁 3        ♡ 24        📊 6.3K        🔖        ⬆️

**Ignite International** @Ignite_Intl · 10/1/23        •••
Happy October

Your Life, Your Way



🏠        ⬇️🔍        ⬜        👥        🔔 18        ✉️



💬 1          🔁 3          ♡ 24          📊 6.3K          🔖    ↗

  **Ignite International** @Ignite_Intl · 10/1/23   ···
Happy October

Your Life, Your Way

0:50                                                🔇

From Dan Bilzerian

💬 2          🔁 17          ♡ 157          📊 10K          🔖    ↗

**Ignite International** @Ignite_Intl · 9/28/23   ···
Scorching 🥵

🏠          🔍          ⬜          👥          🔔 18          ✉️



💬 1    🔁 3    ♥ 24    📊 6.3K    🔖    ⬆️

 **Ignite International** @Ignite_Intl · 10/1/23   •••

Happy October

Your Life, Your Way



From Dan Bilzerian

💬 2    🔁 17    ♥ 157    📊 10K    🔖    ⬆️

 **Ignite International** @Ignite_Intl · 9/28/23   •••

Scorching 🥵



← **Ignite International** 🔍
1.1K posts

**Posts**   Replies   Highlights   Articles   Media   Likes

From Dan Bilzerian

💬 2    🔁 17    ♡ 157    📊 10K    🔖    ⬆️

**Ignite International** @Ignite_Intl · 9/28/23 ···
Scorching 🥵



We're making it hot.

💬 4    🔁 6    ♡ 156    📊 12K    🔖    ⬆️

**Ignite International** @Ignite_Intl · 9/27/23 ···
Your Life, Your Way

ignite.co

Posts  Replies  Highlights  Articles  Media  Likes



From Dan Bilzerian

💬    🔁 6    ♥ 55    📊 5.6K    🔖    ⬆️

 **Ignite International** @Ignite_Intl · 9/21/23
🎆: Arte Agave 2023 in NYC

Your Life, Your Way | ignitespirits.co | #TBT



💬    ♥ 0    📊 5K



💬  🔁  ♡ 9  📊 5K  🔖  ⬆️

**Ignite International** @Ignite_Intl · 9/18/23  ⋯

Your Life, Your Way

[ignite.co](http://ignite.co)



From Dan Bilzerian

💬  🔁 5  ♡ 53  📊 6.2K  🔖  ⬆️

**Ignite International** @Ignite_Intl · 9/16/23  ⋯

InterTabac 2023 🇩🇪





💬  🔁  ♡ 9  📊 5K  🔖  ⬆️

**Ignite International** @Ignite_Intl · 9/18/23  •••

Your Life, Your Way

ignite.co



From Dan Bilzerian

💬  🔁 5  ♡ 53  📊 6.2K  🔖  ⬆️

**Ignite International** @Ignite_Intl · 9/16/23  •••

InterTabac 2023 🇩🇪

**Posts** Replies Highlights Articles Media Likes



❤️ 9 📊 5K



**Ignite International** @Ignite_Intl · 9/18/23 ···
Your Life, Your Way

ignite.co



From Dan Bilzerian

💬 🔁 5 ❤️ 53 📊 6.2K

**Ignite International** @Ignite_Intl · 9/16/23 ···
InterTabac 2023 🇩🇪



← **Ignite International**
1.1K posts    🔍

**Posts**   Replies   Highlights   Articles   Media   Likes



💬    🔁    ♡ 9    �ııı 5K    🔖    ⬆️

 **Ignite International** @Ignite_Intl · 9/18/23    •••
Your Life, Your Way

ignite.co



From Dan Bilzerian

💬    🔁 5    ♡ 53    �ııı 6.2K    🔖    ⬆️

 **Ignite International** @Ignite_Intl · 9/16/23    •••
InterTabac 2023 🇩🇪





**S**   **Security**      now
💬   iMessage

**Posts**    Replies    Highlights    Articles    Media    Likes

everyday lives ...

— Jacques Cousteau



TikTok
👤 @ignite.intl

0:17

💬 1     🔁 2     ♡ 13     📊 5.4K     🔖    ⬆️

🔁 You reposted

**Dan Bilzerian** ✔️ @DanBilzerian · 8/18/23    •••

Q: If someone from the 1950s
suddenly appeared today,
what would be the most
difficult thing to explain
to them about life today?

A: I possess a device
in my pocket that is
capable of accessing

💬 45 🔁 153 ❤️ 1.4K 📊 680K 🔖 ⬆️



**Ignite International** @Ignite_Intl · 8/16/23 •••
Best selling vapes in South America.

Your Life, Your Way | ignite.co



💬 2 🔁 3 ❤️ 21 📊 5.7K 🔖 ⬆️

🔁 You reposted



**Dan Bilzerian** ✓ @DanBilzerian · 8/15/23 •••
Good to be home



**Posts**  Replies  Highlights  Articles  Media  Likes

**Dan Bilzerian** ✔ @DanBilzerian · 7/27/23

Blend up a seedless watermelon add fresh coconut water 50\50. Best tasting and functional intraworkout drink hands down. Could add sea salt and fresh mint leaves

💬 47   🔁 75   ♡ 1.6K   📊 566K

**Ignite International** @Ignite_Intl · 7/27/23

👋 👋

#TBT to CHAMPS arrival in Vegas 🥵



💬   🔁 4   ♡ 42   📊 7.4K

**Ignite International** @Ignite_Intl · 7/25/23

hyp-no-tize: to capture the whole attention of someone 😏

💬  🔁 4  ♡ 42  📊 7.4K  🔖  ⬆️

 **Ignite International** @Ignite_Intl · 7/25/23  •••

hyp·no·tize: to capture the whole attention of someone 😏



(Captions are auto-generated) You can.

0:26  🔇

💬 2  🔁 8  ♡ 45  📊 18K  🔖  ⬆️

 **Ignite International** @Ignite_Intl · 7/24/23  •••

Cheers to National Tequila Day!

Bring our award-winning selection into your world ⤵️

bit.ly/IgniteTequila | #NationalTequilaDay



🏠  🔍  ⬜  👥  🔔  ✉️

**Posts**   Replies   Highlights   Articles   Media   Likes



**Dan Bilzerian** ✓ @DanBilzerian · 7/20/23   ···

Nothing feels better than winning when people are patiently waiting to see you fail. Ignite vapes now in SA, Africa, EU, UAE, and Russia.



💬 86   🔁 273   ♡ 3.1K   📊 922K   🔖   ⬆️



**Ignite International** @Ignite_Intl · 12/13/22   ···

Save the date- See you soon Texas!



# Ignite International
1.1K posts

🔁 You reposted

**Dan Bilzerian** ✔ @DanBilzerian · 11/24/22 ···

I'm thankful that I've been able to turn all of my dreams into reality



💬 151    🔁 627    ♡ 6.8K    �� ⃒⃒    🔖    ⬆

**Ignite International** @Ignite_Intl · 11/1/22 ···

Your life, your way




**Posts**　Replies　Highlights　Articles　Media　Likes



0:29　🔇

💬 5　🔁 11　♡ 150　📊　🔖　⬆️

🔁 You reposted

 **Dan Bilzerian** ✓ @DanBilzerian · 11/1/22 ···
After witnessing all these wack ass Halloween parties, it's clear imma have to come back and do it right w
@Ignite_intl



🏠　🔍　⬜　👥　🔔 18　✉️

← **Ignite International**
1.1K posts 🔍

**Posts**   Replies   Highlights   Articles   Media   Likes

 **Ignite International** @Ignite_Intl · 7/22/21 •••
THE SETUP by Dan Bilzerian is Available Now for Preorder. Ignite.co



0:44

💬 6    🔁 10    ❤️ 108    📊         🔖    📤

 **Ignite International** @Ignite_Intl · 6/21/21 •••
ignitecbd.co/blogs/unapolog...

#ignite #gummy #broadspectrum #isolate #wellness #igniteyourhealth





💬   🔁 1   🤍 3   📊   🔖   ⬆️

 **Ignite International** @Ignite_Intl · 10/21/20  ···

ZRO delivers an eye-opening burst of smooth, sustained, and controlled "feel good" energy #igniteyoursenses
bit.ly/3l1W4wr



💬   🔁 2   🤍 18   📊   🔖   ⬆️

 **Ignite International** @Ignite_Intl · 10/20/20  ···
wearignite.co/collections/wo...

From Matias Ortiz

💬   🔁 1   ♡ 17   📊 6.4K   🔖   ⬆️

**Ignite International** @Ignite_Intl · 12/15/23   •••
New v80 out now

Your Life, Your Way | ignite.co



💬 1   🔁 2   ♡ 27   📊 17K   🔖   ⬆️

🔁 You reposted

**Matias Ortiz** @MatiasOrtiz1912 · 12/7/23   •••
#tbt Carnival in the city of Encarnacion, Paraguay ended successfully. Performing brand presence and activation, tastings of Ignite products. Being present at an event of this magnitude helped us get to know businessmen in the area and thus be able to close strategic alliances 🤝





💬    🔁 1    ♡ 8    📊 12K    🔖 ⬆️

🔁 **You reposted**

**Ignite International** @Ignite_Intl · 12/15/23    ···
New v80 out now

Your Life, Your Way | ignite.co



💬 1    🔁 2    ♡ 27    📊 17K    🔖 ⬆️

🔁 **You reposted**



**Lynnie Marie** ✅ @MissLynnieMarie · 1/12/19    ···
The ice castles were dope ❄️🙌🏼 @IgniteCCo
@DanBilzerian





🏠    🔍    ▢    👥    🔔 18    ✉️



**Ignite International** @Ignite_Intl · 12/15/23

New v80 out now

Your Life, Your Way | ignite.co

💬 1          🔁 2          ♡ 27          📊 17K          ⬆



💬    🔁 1    ♡ 16    📊 16K    🔖    ⬆️



**Ignite International** @Ignite_Intl · 12/24/23 · · ·
Happy Holidays from @Ignite_Intl 🎄

Your Life, Your Way



💬    🔁 3    ♡ 60    📊 11K    🔖    ⬆️



**Ignite International** @Ignite_Intl · 12/23/23 · · ·
See you soon 2024



# Ignite International
1.1K posts

**Posts**　Replies　Highlights　Articles　Media　Likes

🔁 You reposted

**Matias Ortiz** @MatiasOrtiz1912 · 8/27/24 ···

Official launch of Ignite Vodka in Brazil is coming soon 🔜 🇧🇷 🍸 🐐

@Ignite_Intl @DanBilzerian @gusttavo_lima





💬 2　🔁 2　❤️ 5　📊 6.3K　🔖　⬆️

🔁 You reposted

**Goddess Ellyah** ✔️ @Goddesselly... · 7/31/24 ···

Something HOT is coming soon 😍

Merch @Ignite_Intl ✨

