## Index of Exhibits

| | |
|---|---|
| Exhibit 1 | Affidavit of Due Diligence |
| Exhibit 2 | Affidavit of Attempted Service |
| Exhibit 3 | BC Company Summary for Ignite International Brands, Ltd. |
| Exhibit 4 | E-Mail Communication between Jakub Medrala and Eric Olsen, dated June 25, 2025 |
| Exhibit 5 | Proposed Language for Summons by Publication on Rupy Dhadwar, in compliance with NRCP 4.4(c)(2)(C) |