**JAKUB P. MEDRALA, ESQ.**
Nevada Bar No. 12822
**THE MEDRALA LAW FIRM, PROF. LLC**
615 S. 6th Street
Las Vegas, Nevada 89101
(702) 475-8884
(702) 938-8625 Facsimile
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAN BILZERIAN, an Individual, | |
| Plaintiff, | |
| vs. | Case No.: 2:24-cv-02101-RFB-NJK |
| IGNITE INTERNATIONAL BRANDS, LTD., a foreign corporation, IGNITE INTERNATIONAL, LTD., a foreign corporation; PAUL BILZERIAN, an individual; SCOTT ROHLEDER, an individual; RUPY DHADWAR, an individual. | ORDER GRANTING STIPULATION |
| Defendants. | |

Pursuant to this Court's Order dated July 17, 2025 (ECF No. 67), attorney Eric Olsen, Esq. ("Mr. Olsen") and Jakub P. Medrala, Esq., met and conferred regarding whether Mr. Olsen would accept service on behalf of Defendant Rupy Dhadwar ("Defendant"). As a result of the conference:

Mr. Olsen, on behalf of Defendant does hereby acknowledge receipt of a copy of the Complaint and Summons in the above-captioned matter and does hereby accept service of the same, as of this date. Mr. Olsen further acknowledges that he has full authority to accept service, and such acceptance is to be deemed the same as personal service in the District of Nevada.

In addition, Plaintiff and Defendant hereby stipulate and agree, that in exchange for Mr. Olsen's agreement to accept service of process behalf of the Defendant, Defendant shall have a total of 51 days from the date of this acceptance to answer or otherwise respond to the Complaint.

For the foregoing reasons, the parties respectfully request that the Court extend Defendant's time to respond to Plaintiff's Complaint until September 10, 2025.

DATED: July 23, 2025.

**THE MEDRALA LAW FIRM, PLLC**

/s/ Jakub P. Medrala
**JAKUB P. MEDRALA, ESQ.**
Nevada Bar No. 12822
615 S. 6th Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff Dan Bilzerian*

DATED: July 23, 2025.

**GARMAN TURNER GORDON, LLP**

/s/ Eric Olsen
**ERIC OLSEN, ESQ.**
Nevada Bar No. 3127
**ERIKA PIKE TURNER, ESQ.**
Nevada Bar No. 6454
**STEVEN E. KISH, ESQ.**
Nevada Bar No. 15257
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorney for Defendants*

IT IS SO ORDERED.
Dated: July 24, 2025

Nancy J. Koppe
United States Magistrate Judge